\*\*E-filed 11/16/06\*\*

David W. Balch, Esq. (SBN 226519)
KENNEDY, ARCHER & HARRAY
Attorneys at Law
24591 Silver Cloud Court, Suite 200
Monterey, California 93940
Telephone: (831) 373-7500
Facsimile: (831) 373-7555

Attorneys for Plaintiff CENTRAL COAST BRAIN AND SPINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL COAST BRAIN AND SPINE PROFIT SHARING PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS DAWSON and DOES 1 to 15, inclusive,<br><br>Defendants. | CASE No. C 04-2890 JF<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: November 7, 2006

KENNEDY, ARCHER & HARRAY

By: _____
    David W. Balch
Attorney for Plaintiff

Dated: November 9, 2006

COMSTOCK, THOMPSON, KONTZ & BRENNER

By: _____
    Thornton Kontz
Attorney for Defendant

11/16/06            IT IS SO ORDERED.

Kennedy, Archer & Harray
Attorneys at Law
24591 Silver Cloud Ct.
Suite 200
Monterey, CA 93940

Stipulation of Dismissal

CCBS Plan v. Daw
Case No. C 04-2890 JF

TOTAL P.002